IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DREDGE YARD, INC., DMCC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 24-00204-KD-MU |
| | ) |
| **SPI/MOBILE PULLEY WORKS, LLC,** | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of the portions of the Report and Recommendation (doc. 12) to which objection (doc. 13) is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, Defendant SPI/Mobile Pulley Works, LLC's Motion to Dismiss is DENIED.

DONE and ORDERED this the 19th day of November 2024.

s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**